Clarence M. Belnavis, OSB No. 942463
cbelnavis@fisherphillips.com
Stephen M. Scott, OSB No. 134800
smscott@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon  97204
(503) 242-4262 Telephone
(503) 242-4263 Facsimile

Robert J. Gibbons (*Admitted Pro Hac Vice*)
rgibbon@up.com
Union Pacific Railroad Company
13181 Crossroads Pkwy North, Suite 500
City of Industry, CA 91746
(562) 566-4630 Telephone
(402) 997-3230 Facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RICARDO MONTES,<br><br>                    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, CRAIG SMITH, LUKE TRAPP, and JOSE GIL,<br><br>                    Defendants. | Case No. 3:17-cv-00964-JE<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>**(Clerk's Action Required)** |

Page 1 -    STIPULATION AND ORDER OF DISMISSAL OF ALL
            CLAIMS WITH PREJUDICE

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon  97204
(503) 242-4262

FPDOCS 35743765.1

## STIPULATION

All the undersigned parties hereby stipulate to dismissal of this action under Rule 41(a)(1) with prejudice, and without an award of costs to and fees to any party. A proposed form of order accompanies this stipulation.

DATED: July 18, 2019

| | |
|---|---|
| ROSE, SENDERS AND BOVARNICK, LLC. | FISHER & PHILLIPS LLP |
| By: s/ Paul S. Bovarnick (*with permission*)<br>Paul S. Bovarnick, OSB #791654<br>*pbovarnick@rsblaw.net*<br>Kevin C. Brague, WSBA 050428<br>*kevin@braguelawfirm.com*<br>Phone: 503-227-2486<br>Facsimile: 503-226-3131 | By: s/ Clarence M. Belnavis<br>Clarence Belnavis, OSB No. 942463<br>*cbelnavis@fisherphillips.com*<br>Stephen M. Scott, OSB No. 134800<br>*smscott@fisherphillips.com*<br>(503) 242-4262 Tel<br>(503) 242-4263 Fax |
| *Attorneys for the Plaintiff Ricardo Montes* | *Attorneys for Defendants Union Pacific Railroad Company, Craig Smith, Luke Trapp, and Jose Gill* |

/ / / /

/ / / /

/ / / /

/ / / /

Page 2 -    STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35743765.1

## **ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that this action is dismissed with prejudice.

DATED this __30th__ day of ___July_____ 2019.

       ___/s/ John Jelderks_____
       JUDGE JOHN JELDERKS

Page 3 -   STIPULATION AND ORDER OF DISMISSAL OF ALL
           CLAIMS WITH PREJUDICE

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35743765.1